UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
In re JPMORGAN CHASE & CO.           : Lead Case No. 1:12-cv-03878-GBD
DERIVATIVE LITIGATION                :
                                     : SECOND STIPULATION AND
                                     : [PROPOSED] ORDER REGARDING
This Document Relates To:            : BRIEFING SCHEDULE
                                     :
    ALL ACTIONS.                     :
                                     :
------------------------------------ x

DANIELS, J

MAR 15 2013

The parties to the above-captioned action jointly request that the Court enter the stipulated briefing schedule regarding the Second Amended Complaint as follows:

WHEREAS, on October 18, 2012, this Court entered a Stipulation and Order Consolidating Actions and Appointing Co-Lead Counsel ("October 18 Order") (Dkt. No. 20);

WHEREAS, pursuant to the October 18 Order, plaintiff filed its Amended Verified Derivative Complaint for Breach of Fiduciary Duty and Unjust Enrichment ("Amended Complaint") on December 17, 2012 (Dkt. No. 26);

WHEREAS, on February 5, 2013, the parties entered into a stipulation agreeing that it was in the interests of the parties and judicial economy for plaintiff to amend its operative complaint before defendants respond thereto;

WHEREAS, on February 6, 2013, this Court entered a Stipulation and Order Regarding Briefing Schedule ("February 6 Order") (Dkt. No. 27) permitting plaintiff to file its Second Amended Complaint on or before March 25, 2013;

WHEREAS, according to the internet website of the U.S. Senate Committee on Homeland Security and Governmental Affairs' Permanent Subcommittee on Investigations (the "PSI"), the PSI has scheduled a hearing on March 15, 2013, ten days before the Second Amended Complaint is currently due to be filed, to examine matters plaintiff believes are directly relevant to this action, and the PSI expects to issue a staff report in conjunction with that hearing summarizing its investigative findings and recommendations, which plaintiff has good cause to believe will be released on or around March 15, 2013, based on recent news articles; and

WHEREAS, in light of the upcoming PSI hearing and report, the parties have conferred and agree that it is in the interests of the parties and judicial economy for plaintiff to have additional time to amend its operative complaint before defendants file their response thereto.

- 1 -

THEREFORE, IT IS STIPULATED AND AGREED, by the parties, through their respective undersigned counsel, and subject to this Court's approval, as follows:

1. Defendants and nominal defendant need not respond to the Amended Complaint because that complaint will be superseded by a Second Amended Complaint;

2. The filing of plaintiff's Second Amended Complaint shall be adjourned from March 25, 2013 to on or before April 25, 2013;

3. Defendants and nominal defendant shall have 60 days from the filing of the Second Amended Complaint to answer, move to dismiss or otherwise respond, to the Second Amended Complaint;

4. Should defendants and nominal defendant choose to file a motion to dismiss the Second Amended Complaint, plaintiff shall have 60 days from the filing of the motion to file any opposition;

5. Defendants and nominal defendant shall have 30 days from the filing of any opposition to file any reply; and

6. This stipulation supersedes the February 6 Order (Dkt. No. 27).

DATED: March 13, 2013

ROBBINS GELLER RUDMAN
 & DOWD LLP
BENNY C. GOODMAN III
ERIK W. LUEDEKE

ERIK W. LUEDEKE

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARK S. REICH
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
JAMES E. BARZ
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
DAVID ELLIOT
110 West A Street, Suite 750
San Diego, CA 92101
Telephone: 619/230-0063
619/255-1856 (fax)

Lead Counsel for Plaintiffs

DATED: March 13, 2013

SULLIVAN & CROMWELL LLP
RICHARD C. PEPPERMAN II
DARYL A. LIBOW
CHRISTOPHER M. VIAPIANO

/s/ RICHARD C. PEPPERMAN II
RICHARD C. PEPPERMAN II

125 Broad Street
New York, NY 10004
Telephone: 212/558-4000
212/291-9113 (fax)

Counsel for JPMorgan Chase & Co., James Dimon, Douglas Braunstein and Ina Drew

- 3 -

DATED: March 13, 2013

GIBSON, DUNN & CRUTCHER LLP
JONATHAN C. DICKEY
MARK KIRSCH
ADAM H. OFFENHARTZ
BRIAN M. LUTZ

_____
JONATHAN C. DICKEY

200 Park Avenue
New York, NY 10166
Telephone: 212/351-4000
212/351-6399 (fax)

Counsel for James A. Bell, Crandall C. Bowles, Stephen B. Burke, David M. Cote, James S. Crown, Ellen V. Futter, William H. Gray III, Laban P. Jackson, Jr., David C. Novak, Lee R. Raymond and William C. Weldon

\* \* \*

**ORDER**

IT IS SO ORDERED.

DATED: __MAR 1 5 2013__

_____
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE