# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

October 17, 2013

<u>Via ECF</u>

The Honorable George B. Daniels,
    Daniel Patrick Moynihan United States Courthouse,
        500 Pearl Street,
            New York, New York 10007-1312.

        Re: *In re JPMorgan Chase & Co. Sec. Litig.*, No. 12-3852;
              *In re JPMorgan Chase & Co. Deriv. Litig.*, No. 12-3878;
              *In re JPMorgan Chase & Co. ERISA Litig.*, No. 12-4027; and
              <u>*Espinoza v. Dimon*, No. 13-2358</u>

Dear Judge Daniels:

        I write on behalf of defendants in the above-referenced matters. Yesterday, JPMorgan Chase Bank, N.A. entered into an agreement to resolve an investigation by the U.S. Commodity Futures Trading Commission related to the large losses incurred in CIO's synthetic credit portfolio during the first half of last year. Because of the press attention this settlement has received, we are submitting a copy of the Commission's Order to the Court as a courtesy, even though defendants do not believe the settlement has any relevance to the pending motions to dismiss.

                                                     Sincerely,

                                                     Richard C. Pepperman, II

(Enclosure)

cc:    *All Counsel (via ECF)*