UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re JPMORGAN CHASE & CO. DERIVATIVE LITIGATION | : : : : | Lead Case No. 1:12-cv-03878-GBD<br><br>NOTICE OF APPEAL |
| This Document Relates To:<br><br>    ALL ACTIONS. | : : : : | |

962833_1

Notice is hereby given that plaintiff in the above-captioned case (Wayne County Employees' Retirement System) hereby appeals to the United States Court of Appeals for the Second Circuit from the following orders and judgment: (i) the March 31, 2014 Memorandum Decision and Order dismissing the Second Amended Verified Shareholder Derivative Complaint (Docket No. 53, entered March 31, 2014); (ii) the March 31, 2014 Judgment (Docket No. 54, entered April 1, 2014); and (iii) the July 29, 2014 Memorandum Decision and Order denying plaintiff's motion for reconsideration of the March 31, 2014 dismissal and leave to amend the Second Amended Verified Shareholder Derivative Complaint (Docket No. 59, entered July 30, 2014).

DATED:  August 26, 2014

ROBBINS GELLER RUDMAN
 & DOWD LLP
BENNY C. GOODMAN III
ERIK W. LUEDEKE
FRANCIS A. DIGIACCO


              s/ Benny C. Goodman III
            BENNY C. GOODMAN III

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARK S. REICH
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

- 1 -

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
DAVID ELLIOT
110 West A Street, Suite 750
San Diego, CA 92101
Telephone: 619/230-0063
619/255-1856 (fax)

Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 26, 2014.

> s/ Benny C. Goodman III
> BENNY C GOODMAN III
>
> ROBBINS GELLER RUDMAN
>     & DOWD LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101-8498
> Telephone: 619/231-1058
> 619/231-7423 (fax)
>
> E-mail:bennyg@rgrdlaw.com

**Mailing Information for a Case 1:12-cv-03878-GBD**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas G. Amon**
  tamon@amonlaw.com

- **Francis A. DiGiacco**
  fdigiacco@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jonathan Cobb Dickey**
  jdickey@gibsondunn.com

- **Benny C. Goodman , III**
  bennyg@rgrdlaw.com

- **Frank J. Johnson , Jr**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com,shawnf@johnsonandweaver.com,scotth@johnsonandweaver.com,michaelf@johnsonandweaver.com

- **Mark Adam Kirsch**
  mkirsch@gibsondunn.com,aarias@gibsondunn.com

- **Daryl Andrew Libow**
  libowd@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Erik William Luedeke**
  eluedeke@rgrdlaw.com

- **Brian M. Lutz**
  blutz@gibsondunn.com,aarias@gibsondunn.com,ademko@gibsondunn.com

- **Adam H. Offenhartz**
  aoffenhartz@gibsondunn.com,aarias@gibsondunn.com

- **Richard C. Pepperman , II**
  peppermanr@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **Menachem David Possick**
  possickmd@sullcrom.com,s&cmanagingclerk@sullcrom.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher Michael Viapiano**
  viapianoc@sullcrom.com,s&cmanagingclerk@sullcrom.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David            Elliot
Johnson & Weaver LLP
110 West "A" Street, Suite 750
San Diego, CA 92101
```